IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiffs,

vs.

KAYLA M. CROWE,

Defendants.

4:18CR3027

**ORDER**

IT IS ORDERED:

1) Defendant's motion to review the conditions of pretrial release, (Filing No. 42), is granted.

2) Defendant shall comply with all terms and conditions of pretrial release except as follows: Defendant is permitted to have contact with her husband and co-Defendant, Gerald D. Crowe, Jr.

August 7, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge