IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:18CR3027 |
| | ) | |
| v. | ) | |
| | ) | |
| KAYLA M. CROWE, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

(1) My tentative findings (filing no. 82) are herewith corrected.

(2) In paragraph 2d, the word "minor" is stricken and the word "minimal" is inserted.

(3) I apologize for my error.

DATED this 26th day of November, 2018.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge